

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00628-CR

**EX PARTE** Nelson Leon **KING**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9642
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED January 8, 2014.

_____
Rebeca C. Martinez, Justice